UNITED STATE BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
IN RE:

                                      CHAPTER 11
                                      CASE NO.: 15-43218-ess

CANO VENTURE CORP.
                Debtor.

## AFFIRMATION PURSUANT TO BANKRUPTCY RULE 2016

Nigel E. Blackman, Esq., herein affirms as follows:

1. I make this affirmation pursuant 2016 of the bankruptcy rules.
2. Debtor has deposited a retainer fee in the amount of $4,000.00, which includes services rendered until the 341 hearing.
3. The firm Blackman & Melville, P.C has rendered the following services and has incurred the following expenses with regard to the above captioned case:

| | | | |
|---|---|---|---|
| Consultation with Debtor's Principals and advisors, preparation and filing of the chapter 11 petition; | 4.5 | $300.00 | $1,350.00 |
| ATTENDANCE OF THE IDI MEETING. | 1.0 | $300.00 | $ 300.00 |
| PREPARATION AND REVIEW OF DOCUMENTATION REQUIRED FOR PROCESSING INFORMATION FOR TRUSTEE | 2.5 | $300.00 | $ 750.00 |
| CONTACT CON EDISION REGARDING NEGOTIATING THE DEPOSITS REQUIRED FOR POST PETITION ACCOUNTS | .5 | 0 | $   00.00 |

| | | | |
|---|---|---|---|
| PREPARATION OF MOTIONS TO EXTEND TIME PERIODS | 1 | $ 300.00 | $300.00 |
| Prep. Motion for Relief of the Automatic Stay | 1.5 | $ 300.00 | **$450.00** |
| Preparation of Emergency Motion for Automatic stay and conference with the court, Landlord's attorney and Client | 4 | $ 300.00 | **$1,200.00** |
| Preparation and filing the Motion to amend the name | 1 | 300.00 | **$300.00** |
| Phone Conference with clients to address the stay issues on various case. | .5 | $ 300.00 | **$150.00** |
| DM: Attending the Supreme Court to copy and acquire files regarding the status of the case; | .75 | $ 300.00 | **$225.00** |
| DM: Attending the Civil Court to acquire and copy documents from the courts on the civil L&T Case. | .75 | $ 300.00 | **$225.00** |
| | | **TOTAL** | **$5250.00** |
| Postage Cost | 28.76 | $   28.76 | **$28.76** |
| Copies | .10 | 403 | **$40.30** |
| | | TOTAL | **$5319.06** |

4. To date there has been a single payment for preliminary legal and administrative services for the legal research, preparation and filing of the petition, the appearance at

    the Initial Debtor Interview meeting to the firm of $4,000.00, which represents legal work thus far on this case. Despite any calculable overages this amount shall not be increased. There is considerable more work that has been done and performed; however not recorded above nor seeking compensation for.

5. I have drawn down on the retainer deposit for services rendered in this case thus far. There is a zero balance in that account subject to any work performed in the future.
6. There should be no further requests for funds until after a 341 hearing is conducted and a plan is developed for the Debtor and further work is performed.
7. Upon information and belief the source of the funds came from the Debtor itself and the proceeds of its business activities or its principal, Robert Cano.
8. This office has no other agreements to share compensation with any attorney or any other entity.

Dated:    September 28, 2015

*/s/Nigel E. Blackman*
BLACKMAN & MELVILLE, P.C
BY:  NIGEL E. BLACKMAN
11 BROADWAY, SUITE 615
NEW YORK, NY 10004
(718) 576-1646